**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,      :    No. 2 MAL 2022

               Respondent            :

                                       :    Petition for Allowance of Appeal

                                       :    from the Order of the Superior Court

               v.                           :

                                       :

MARK LEONARD MORRO,             :

                                  :

               Petitioner             :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 24th day of May, 2022, the Petition for Allowance of Appeal is **DENIED**.